# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 03/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust (Trust #1) |
| 2. | Trustee | Article 5 Trust |
| 3. | Trustee | Article 6 Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Charleston School of Law | $24,780 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Fulton County Medical Examiner, Atlanta, GA. - Salary |
| 2. | 2011 | WebMD - Editorial Stipend |
| 3. | 2011 | Private Consulting |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Alcoa Inc | A | Dividend | J | T | | | | | |
| 4. Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 5. Altria Group | A | Dividend | J | T | | | | | |
| 6. American Express Co | A | Dividend | J | T | | | | | |
| 7. Amgen Inc | A | Dividend | J | T | | | | | |
| 8. AT&T Inc - #1 | A | Dividend | J | T | | | | | |
| 9. AT&T Inc - #2 | A | Dividend | J | T | | | | | |
| 10. AT&T Inc - #3 | A | Dividend | J | T | | | | | |
| 11. Bank of America | A | Dividend | J | T | | | | | |
| 12. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 13. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 14. BP PLC Spons ADR | B | Dividend | K | T | | | | | |
| 15. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 16. Capital World Growth and Income Fd CL A - #1 | A | Dividend | K | T | | | | | |
| 17. Capital World Growth and Income - Fd CL A - #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth and Income Fd CL A - #3 | A | Dividend | K | T | | | | | |
| 19. Capital World Growth and Income Fund CL A - #4 | A | Dividend | J | T | | | | | |
| 20. Chevron Corp - #1 | B | Dividend | K | T | | | | | |
| 21. Chevron Corp - #2 | A | Dividend | K | T | | | | | |
| 22. Chevron Corp - #3 | A | Dividend | K | T | | | | | |
| 23. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 24. Citibank Deposit Program - #1 | A | Interest | J | T | | | | | |
| 25. Citibank Deposit Program - #2 | A | Interest | K | T | | | | | |
| 26. Citibank Deposit Program -#3 | A | Interest | K | T | | | | | |
| 27. Citigroup Inc | A | Dividend | J | T | | | | | |
| 28. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 29. Comcast Corp CL A - #1 | A | Dividend | J | T | | | | | |
| 30. Comcast Corp CL A - #2 | A | Dividend | J | T | | | | | |
| 31. CSX Corp | A | Dividend | K | T | | | | | |
| 32. Dell Inc | | None | J | T | | | | | |
| 33. Walt Disney Co -#1 | A | Dividend | J | T | | | | | |
| 34. Walt Disney Co - #2 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walt Disney Co - #3 | A | Dividend | J | T | | | | | |
| 36. Dover | A | Dividend | K | T | | | | | |
| 37. Dow Chemical - #1 | A | Dividend | J | T | | | | | |
| 38. Dow Chemical - #2 | A | Dividend | J | T | | | | | |
| 39. E I Dopont Co | A | Dividend | K | T | | | | | |
| 40. Eaton Vance Tax Free Fund CL A | D | Interest | N | T | | | | | |
| 41. Eli Lilly & Co - #1 | B | Dividend | K | T | | | | | |
| 42. Eli Lilly & Co - #2 | A | Dividend | J | T | | | | | |
| 43. Emerson Electric | A | Dividend | K | T | | | | | |
| 44. Energy Transfer Partners LP - #1 | | None | K | T | | | | | |
| 45. Energy Transfer Partners LP - #2 | | None | K | T | | | | | |
| 46. Exxon Mobil Corp - #1 | A | Dividend | J | T | | | | | |
| 47. Exxon Mobil Corp - #2 | B | Dividend | K | T | | | | | |
| 48. First Federal of Charleston | C | Interest | O | T | | | | | |
| 49. First Financial Holdings Inc - #1 | C | Dividend | M | T | | | | | |
| 50. First Financial Holdings Inc - #2 | A | Dividend | K | T | | | | | |
| 51. General Electric Co - #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co - #2 | A | Dividend | J | T | | | | | |
| 53. General Electric Co - #3 | B | Dividend | K | T | | | | | |
| 54. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 55. Growth Fund of America CL A - #1 | A | Dividend | K | T | | | | | |
| 56. Growth Fund of America CL A - #2 | A | Dividend | K | T | | | | | |
| 57. Growth Fund of America CL A - #3 | A | Dividend | J | T | | | | | |
| 58. Guided Therapuetics Inc | | None | J | T | | | | | |
| 59. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 60. Hartford Capital Appreciation Fund (IRA) | B | Dividend | M | T | | | | | |
| 61. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 62. Home Depot Inc | A | Dividend | K | T | | | | | |
| 63. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 64. IBM | B | Dividend | M | T | | | | | |
| 65. Intel (IRA) | B | Dividend | K | T | | | | | |
| 66. Intel | A | Dividend | J | T | | | | | |
| 67. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 68. Kimberly Clark | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 70. Legg Mason Partners Aggressive Growth FD CL C | | None | J | T | | | | | |
| 71. Legg Mason Value Trust Inc | A | Dividend | K | T | | | | | |
| 72. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 73. Linciln National Life Annuity | A | Dividend | O | T | | | | | |
| 74. MFS South Carolina Muni Bond CL A | C | Interest | K | T | | | | | |
| 75. MFS South Carolina Muni Bond CL B | A | Interest | | | Merged (with line 74) | 04/19/11 | K | | |
| 76. Mass Mutual Life Ins | | None | J | T | | | | | |
| 77. McDonalds Corp | A | Dividend | K | T | | | | | |
| 78. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 79. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 80. Metlife Life & Ann Co of Conn TLAC Marquis Portfolio | A | Dividend | N | T | | | | | |
| 81. Microsoft Corp | A | Dividend | J | T | | | | | |
| 82. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 83. Motorola | | None | J | T | | | | | |
| 84. Motorola Solutions Inc | A | Dividend | J | T | Spinoff (from line 83) | 01/07/11 | J | | |
| 85. 3M Company A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Nokia Corp | A | Dividend | J | T | | | | | |
| 87. | Norfolk Southern | B | Dividend | M | T | | | | | |
| 88. | North Carolina Rental Property 100% Transylvania County, NC | B | Rent | P1 | W | | | | | |
| 89. | Paragon Life Fixed Fund | | None | J | T | | | | | |
| 90. | Pepsico Inc | A | Dividend | J | T | | | | | |
| 91. | Pfizer Inc - #1 | A | Dividend | J | T | | | | | |
| 92. | Pfizer Inc - #2 | A | Dividend | J | T | | | | | |
| 93. | Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 94. | Proctor & Gamble - #1 | A | Dividend | K | T | | | | | |
| 95. | Proctor & Gamble - #2 | B | Dividend | K | T | | | | | |
| 96. | Progress Energy | A | Dividend | J | T | | | | | |
| 97. | Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 98. | Safeway Inc New | A | Dividend | J | T | | | | | |
| 99. | SCANA Corp | B | Dividend | K | T | | | | | |
| 100. | SCBT | B | Dividend | K | T | | | | | |
| 101. | South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 102. | South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Suntrust Banks Inc | A | Dividend | L | T | | | | | |
| 104. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 105. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 106. Time Warner Inc | A | Dividend | J | T | | | | | |
| 107. Total System Services Inc | A | Dividend | J | T | | | | | |
| 108. Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 109. UTS FPT Dow Target 10 Feb 09 (IRA) | A | Dividend | K | T | Buy (add'l) | 04/06/11 | K | | |
| 110. Verizon - #1 | A | Dividend | J | T | | | | | |
| 111. Verizon - #2 | A | Dividend | J | T | | | | | |
| 112. Washington Mutual Inc | | None | J | T | | | | | |
| 113. Washington Mutual Investors Fund Cl A - #1 | B | Dividend | L | T | | | | | |
| 114. Washington Mutual Investors Fund Cl A - #2 | B | Dividend | L | T | | | | | |
| 115. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 116. Wells Fargo & Co New - #1 | A | Dividend | K | T | | | | | |
| 117. Wells Fargo & Co New - #2 | A | Dividend | J | T | | | | | |
| 118. Zimmer Holdings Inc | A | Dividend | J | T | | | | | |
| 119. Trust #1- Royal Dutch Shell | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 03/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Trust #1 - Allegheny Energy | A | Dividend | K | T | | | | | |
| 121.  Trust #1 - Idearc | A | Dividend | J | T | | | | | |
| 122.  Trust #1 - Eli Lily | A | Dividend | K | T | | | | | |
| 123.  Trust #1 - Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 124.  Trust #1 - Lain Farm | E | Rent | P1 | W | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 88 is located in Translyvania County, North Carolina, USA.

2. Line 73, MFS South Carolina Muni Bond CL B, B shares were stepped up to A shares. This was an automatic step up which occurred 04/19/11.

3. Line 84, Motorola Solutions, Inc was formed from a reverse split from Motorola.

4. Line 103, Motors Liqidation Co. shown on 2010 FDR was eliminated from Morgan Stanley report due to value being very small.

5. Article 5 Trust consist of lines 10,18,20,27,31,39,42,44,47,50,53,56,64,83,87 and 116.

6. Line 124, South Financial Group listed on 2010 FDR, became Toronta Dominion Bank-New in 2010 and then was sold 12/03/10 for no gain.

7. Article 6 Trust consist of lines 3,5,6,7,9,11,12,13,16,22,23,28,30,32,35,38,40,46,52,54,59,61,62,63,66,67,68,69,74,77,78,81,82,86,90,91,93,94,96,98,105,106,108,111,112,114 and 140.

8. Lain Farm - This property was purchased in 1981 and is located outside city limits in Johnson County, Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544